```
 1  ALAN B. YUTER (SBN 101534)
    RACHEL E. HOBBS (SBN 186424)
 2  BENJAMIN A. MARSH (SBN 247913)
    SELMAN BREITMAN LLP
 3  11766 Wilshire Boulevard, Sixth Floor
    Los Angeles, CA  90025
 4  Telephone: (310) 445-0800
    Facsimile: (310) 473-2525
 5
    Attorneys for Defendant
 6  SCOTTSDALE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio Corporation,<br><br>         Defendant. | CASE NO.  2:09-CV-00177-JAM-EFB<br><br>Judge: Hon. John A. Mendez<br><br>JUDGMENT<br><br>Date : December 9, 2009 |

This action came on for hearing before the Court on December 9, 2009, Hon. John A. Mendez, District Judge Presiding, on the motion of plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") for partial summary judgment.  The Judge having fully considered the evidence presented, heard the issues and duly rendered a decision, IT IS ORDERED AND ADJUDGED, *sua sponte* and pursuant to stipulation of the parties contained in the order on the motion, that the plaintiff TRAVELERS take

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

1  nothing, that the action be dismissed on the merits and that
2  defendant SCOTTSDALE INSURANCE COMPANY recover its costs.
3
4  DATED: January 19, 2010        /s/ John A. Mendez____
5                                 UNITED STATES DISTRICT
6                                 JUDGE

2

**2:09-CV-00177-JAM-EFB**

PDF created with pdfFactory trial version www.pdffactory.com