WESTON & McELVAIN LLP
Richard C. Weston, Esq. (SBN 126491)
Aaron C. Agness, Esq. (SBN 221943)
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone (213) 596-8000
Facsimile (213) 596-8039

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Defendant, | CASE NO. 2:09-CV-00177-JAM-EFB<br><br>Assigned to the Hon. John A. Mendez<br><br>AMENDED JUDGMENT |

　　　　This action came on for hearing before the Court on December 9, 2009, Hon. John A. Mendez, District Judge Presiding, on the motion of plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA ("Travelers") for partial summary judgment. The Judge having fully considered the evidence presented, heard the issues and duly rendered a decision, IT IS ORDERED AND ADJUDGED, *sua sponte* and pursuant to stipulation of the parties contained in the order on the motion, that the plaintiff TRAVELERS take

　　　///

PDF created with pdfFactory trial version www.pdffactory.com

1  nothing, that the action be dismissed on the merits and that defendant SCOTTSDALE
2  INSURANCE COMPANY recover its costs.  TRAVELERS reserves the right to appeal.
3
4       DATED:  01/22/2010         /s/ John A. Mendez
5                                  UNITED STATES DISTRICT COURT
                                   JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
[PROPOSED] AMENDED JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com